AARON D. FORD
  Attorney General
MAYRA GARAY (Bar No. 15550)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3788 (phone)
(702) 486-3773 (fax)
Email: mgaray@ag.nv.gov

*Attorneys for Interested Party*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANDRA WALKER, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-00599-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, William Williams, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Mayra Garay, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 12th day of Marh, 2024.          DATED this 12th day of March, 2024

                                                                 AARON D. FORD
                                                                 Attorney General

By: /s/ William Williams          By: /s/ *Mayra Garay*
WILLIAM WILLIAMS.                  MAYRA GARAY (Bar No. 15550)
Plaintiff                          Deputy Attorney General
                                                                  *Attorneys for Interested Party*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

                                               DATED     April 11    , 2024.

                                               UNITED STATES DISTRICT JUDGE